# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARLTON JOHNSON**                                                                                    **PLAINTIFF**
**#213201**

V.                                              NO. 4:22-cv-00932-JM

**HIGGINS,** *et al*.                                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE